No. 91–1197.  WESTCHESTER MANAGEMENT CORP., DBA SALEM PARK NURSING HOME v. DEPARTMENT OF HEALTH AND HUMAN SERVICES.  C. A. 6th Cir.  Certiorari denied.

No. 91–1248.  ESTATE OF HOFFPAUIR ET AL. v. SUDWISHER. Sup. Ct. La.  Certiorari denied.

No. 91–1251.  RAINEY BROTHERS CONSTRUCTION CO., INC., ET AL. v. MEMPHIS AND SHELBY COUNTY BOARD OF ADJUSTMENT ET AL.  Ct. App. Tenn.  Certiorari denied.

No. 91–1263.  SEWELL-ALLEN BIG STAR, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–1272.  LEVY ET AL. v. MARTIN, SECRETARY OF LABOR, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 91–1274.  WRIGHT v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF UNION NATIONAL BANK OF CHICAGO. C. A. 7th Cir.  Certiorari denied.

No. 91–1295.  ELMORE v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 91–1303.  TRIPLE M DRILLING CO. ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR MBANK HOUSTON, NATIONAL ASSN.  C. A. 5th Cir.  Certiorari denied.

No. 91–1304.  LAMORTE v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 91–1314.  MURPHY v. MARCUM ET AL.  C. A. 4th Cir. Certiorari denied.

No. 91–1330.  COMBS ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–1332.  CHANG, EXECUTRIX OF THE ESTATE OF CHANG v. ARGONNE NATIONAL LABORATORY.  C. A. 7th Cir.  Certiorari denied.